**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7674**

———————

CHARLES JONES, a/k/a Nicholas Warner Jones,

Plaintiff - Appellant,

versus

MARY ANN SAAR, Maryland State Secretary of
Public Safety and Correctional Services; JOHN
SNOWDEN, Lieutenant; JULIUS WILLIAMS,
Sargeant,

Defendants - Appellees,

and

DANTE GREEN, Prison #309110; DONALD WHITE;
DARRYL TAYLOR, Prison #299166,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-
04-1243-1-RDB)

———————

Submitted: December 16, 2004      Decided: December 28, 2004

———————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Jones, Appellant Pro Se.  Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Jones seeks to appeal the district court's order denying his motion to amend his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order Jones seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>